MINUTE ENTRY
NORTH, M.J.
MAY 14, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SONYA WILLIAMS, <u>ET</u> <u>AL</u>.                              CIVIL ACTION

VERSUS                                                NUMBER:  14-0484

STATE FARM FIRE AND                                   SECTION:  "H"(5)
CASUALTY COMPANY

### <u>HEARING ON MOTION</u>

COURT REPORTER:  David Zarek

APPEARANCES:        Joseph Piacum, Kevin Gennusa, Gary Boutwell, Henry Terhoeve

MOTION:

(1)     Plaintiffs' Motion to Quash and/or Motion to Limit Subpoenas Duces Tecum (Rec.
        doc. 7).

_____:         Continued to

_____:         No opposition

\_\_\_1\_:         Opposition

MJSTAR(00:30)

**ORDERED**

_____ :         Dismissed as moot.

_____ :         Dismissed for failure of counsel to appear.

_____ :         Granted.

_____ :         Denied.

___1___ :         Other.  Counsel for Defendant is to immediately forward to Plaintiffs' counsel a copy of the subpoenas that he caused to be issued and served in this case. With respect to the subpoenas directed to the financial institutions, the Law Offices of Melanie Leavitt, and the cellular telephone service providers, the following procedure is to be utilized:  the original copies of any documents which were produced pursuant to the subpoenas (or which may be produced in the future) are to be forwarded to Plaintiffs' counsel within one (1) week with no copies thereof being retained by the Defendant.  Within one (1) week following receipt of the documents, Plaintiffs' counsel is to review same and is to file a motion for protective order as to any of the records as to which they maintain that a privacy interest exists.  If a protective order is sought, a copy of the records at issue is to be provided to the Court for purposes of an *in camera* inspection contemporaneously with the filing of the motion.  If, however, no privacy concerns are apparent, Plaintiffs may retain a copy of the documents and are to return the original copies to the Defendant.  With respect to any other documents or records which are produced pursuant to the subpoenas, Defendant is to provide Plaintiffs with a copy same upon their receipt.

_____

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

2