MINUTE ENTRY
NORTH, M.J.
JULY 2, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SONYA WILLIAMS, ET AL. | CIVIL ACTION |
| VERSUS | NUMBER: 14-0484 |
| STATE FARM FIRE AND CASUALTY COMPANY | SECTION: "H"(5) |

**HEARING ON MOTION**

COURT REPORTER: Rebecca Gonzalez

APPEARANCES: Joseph Piacun, Gary Boutwell, Kevin Gennusa, Henry Terhoeve

MOTION:

(1) Plaintiffs' Motion to Quash Subpoena Duces Tecum and/or Motion for Protective Order (Rec. doc. 29).

\_\_\_\_\_ : Continued to

\_\_\_\_\_ : No opposition

\_\_1\_\_ : Opposition

MJSTAR (00:40)

**ORDERED**

_____ :     Dismissed as moot.

_____ :     Dismissed for failure of counsel to appear.

_____ :     Granted.

_____ :     Denied.

__1__ :     Other:  Given the fact that the broad power of attorney in favor of Jordan Williams pre-dates the fire in question; that State Farm is unable to depose Sonya Williams at the present time; and, that the fire remains under active arson investigation by fire officials, the Court finds that the documents and information sought by State Farm's subpoenas is discoverable.  Accordingly, the following entities shall respond to the subpoenas issued by State Farm and as limited by State Farm's cover letters accompanying the subpoenas:

- Citicorp Credit Services, Inc. USA
- Discover Financial Services
- Gulf Coast Bank and Trust
- Louisiana Capital Federal Credit Union
- Whitney National Bank
- Bellsouth Telecommunications, LLC
- AT&T Services, Inc.
- Law Offices of Melanie A. Leavitt

To facilitate the flow of information and to minimize Plaintiffs' privacy concerns, the parties are to forthwith finalize the terms of their proposed protective order and are to submit same to the Court for its approval.  As returns are made on the subpoenas, defense counsel is to forward a copy of all documents and information received in response to the subpoenas to his opponent for possible confidentiality designation under the terms of the protective order.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE